IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: TANYA RAMSEY

Case No.: 10-23211

Judge: Cox

Chapter: 13

, Debtor(s)

### ORDER

This matter coming to be heard on the Debtor's Motion to Extend Time to File Chapter 13 Plan, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

I.   That Debtor is granted an extension of time to file Chapter 13 Plan to ~~June 21, 2010~~ June 25, 2010 Final !

Entered:

_____
Dated

_J.P. Cox_ Jacqueline P. Cox
United States Bankruptcy Judge

14 JUN 2010